NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID L. MCWILLIAMS, )
)
     Appellant, )
)
v. )  Case No. 2D18-811
)
STATE OF FLORIDA, )
)
     Appellee. )
_____ )

Opinion filed September 18, 2019.

Appeal from the Circuit Court for Polk
County; Keith Spoto, Judge.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


     Affirmed.



CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.